FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Le, Tuyen Huu<br><br>　　　　　Defendant. | Case No.: SACR 06-36-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _current backgrd cmty ties unknown due to failure to interview; bail resources unknown; repeated failure to comply w/ supervision_

1  Conditions; lack of candor w/Probation officer;
2  use of brother's identification docs; FTA history
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on __Past and recent history of commission of new offenses while under
8  supervision; ongoing alcohol abuse problem;
9  substance abuse history__
10
11
12
13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __12/21/10__
17                              ROBERT N. BLOCK
                                UNITED STATES MAGISTRATE JUDGE